IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROSE OGG,

        Plaintiff,                      No. CIV S-11-0789 KJM DAD

     vs.

CONNECTICUT GENERAL LIFE POLICY, et al.,

        Defendants.               <u>ORDER</u>

/

        On March 23, 2011, plaintiff Rose Ogg initiated the present action against Connecticut General Life Policy, ESOP Western Greyhound Trust, American Express Life, Employee Welfare Benefit Plan and Greyhound Amalgamated Trust (collectively, "defendants"). On May 17, 2011, the magistrate judge in the above-captioned matter issued findings and recommendations, recommending that this case be dismissed as duplicative of an earlier action that was dismissed for failure to prosecute. (*See* ECF No. 3.)

        On January 27, 2012, the court issued an order to show cause why this action was not barred by *res judicata*. (ECF 5.) In that order, plaintiff was cautioned that a failure to respond would result in dismissal of the action. Plaintiff failed to reply to the court's show cause order. As such, this case is DISMISSED and the case is CLOSED. *Edwards v. Marin Park*, *Inc*., 356 F.3d 1058, 1065 (9th Cir.2004) ("[t]he failure of the plaintiff eventually to respond to the court's

1 ultimatum-either by amending the complaint or by indicating to the court that it will not do so-is
2 properly met with the sanction of a Rule 41(b) dismissal.").
3            IT IS SO ORDERED.
4 DATED: February 29, 2012.

UNITED STATES DISTRICT JUDGE

2